UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 04-80865-CIV-DIMITROULEAS

CARLISLE WAITHE,

    Plaintiff,

v.

SWEEPING CORPORATION OF
AMERICA, INC., a Tennessee corporation,

    Defendant.
_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The plaintiff, Carlisle Waithe and the defendant, Sweeping Corporation of America, Inc., hereby file this Joint Stipulation of Voluntary Dismissal With Prejudice. The parties agree that this action be hereby dismissed with prejudice, that all pending motions be denied as moot, and that each party is to bear their own attorneys' fees and costs.

Date: December 22, 2004

| | |
|---|---|
| FISHER & PHILLIPS LLP | By:   Steven A. Siegel  s/ |
| 450 East Las Olas Blvd. |     James C. Polkinghorn |
| Suite 800 |     (Fla. Bar No. 0376892) |
| Fort Lauderdale, Florida 33301 |     jpolkinghorn@laborlawyers.com |
| Telephone:  (954) 525-4800 |     Steven A. Siegel |
| Facsimile:  (954) 525-8739 |     (Fla. Bar No. 0497274) |
| |     ssiegel@laborlawyers.com |

Dated: December 22, 2004

| | |
|---|---|
| CHRISTOPHER J. RUSH & ASSOCIATES, P.A.<br>8305 So. Military Trail<br>Boynton Beach, Florida 33436-1506<br>Telephone:   (561) 369-3331<br>Facsimile:    (561) 369-5902 | By:   Christopher J. Rush   s/<br>        Christopher J. Rush<br>        (Fla. Bar No. 621706)<br><br>        Attorney for Plaintiff |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 04-80865-CIV-DIMITROULEAS

CARLISLE WAITHE,

    Plaintiff,

v.

SWEEPING CORPORATION OF
AMERICA, INC., a Tennessee corporation,

    Defendant.
_____/

## **FINAL ORDER OF DISMISSAL WITH PREJUDICE**

Before the Court is the parties' Joint Stipulation of Voluntary Dismissal With Prejudice. It appears to the Court that due cause exists to dismiss this matter. Therefore, it is hereby

ORDERED AND ADJUDGED that the above cause be and the same is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. All pending motions are denied as moot. This case is closed.

DONE AND ORDERED in Chambers, at Fort Lauderdale, Florida, this ____ day of _____, 2004.

                                                                                            _____
                                                                                              United States District Judge

cc:    Steven A. Siegel, Esq.
        Christopher Rush, Esq.